**Barbara Mrzlak BRUNDO, Appellant,**

v.

**Rev. Stephen STILLMUNKS, Registered Agent, Christ the King Catholic Church & School; Chris Segrell, Principal, Christ the King School, Appellees.**

No. 10–1328.

United States Court of Appeals, Eighth Circuit.

Submitted: March 10, 2010.

Filed: March 19, 2010.

Barbara Mrzlak Brundo, Omaha, NE, pro se.

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

PER CURIAM.

Barbara Brundo appeals the district court's[1] order returning her submissions because they lacked a legal basis or otherwise violated Fed.R.Civ.P. 11, and because Brundo was barred from making further submissions by a prior court order. We find no error in the district court's order.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.

Accordingly, we affirm. *See* 8th Cir. R. 47A.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.